

**Leonard S. Spinelli, Esq.**
**Partner**
lspinelli@pemlawfirm.com
*Office:* +1 973.577.5500
*Direct:* +1 973.585.5325

January 8, 2024

**MEMO ENDORSED**

> Defendant's request for an extension to respond to the complaint is granted. Defendant is directed to respond to the complaint by January 15, 2025.
>
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J.
> Dated: January 9, 2025
> New York, New York

**VIA ECF**
Hon. Edgardo Ramos
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

    **Re:**     **Turner v. Cannaboy Treehouse LLC**
            **Case No.: 1:24-cv-08296-ER**

Dear Judge Ramos:

    Our firm represents Defendant Cannaboy Treehouse LLC in the above-referenced matter. We write to advise the Court that on December 26, 2024, our firm communicated with a representative of Plaintiff's Counsel, Mitchell Pomerance, who verbally consented to a twenty-day extension of time for Defendant to respond, plead or otherwise move with respect to the Complaint in this matter, as we were formally retained on the same date. As such, Defendant's responsive pleadings are due on January 15, 2025.

    Should Your Honor have any questions or need anything further from me in this regard, please feel free to contact me.

                                  Respectfully submitted,

                                  **PEM LAW LLP**

                                  */s/ Leonard S. Spinelli*
                                  Leonard S. Spinelli

LSS

cc:    All Counsel of Record (*via eCourts*)